IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH HUNT, JR.,

    Petitioner,               No. CIV S-10-3204 DAD P

    vs.

ATTORNEY GENERAL FOR THE
STATE OF CALIFORNIA,

    Respondent.           ORDER

/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        The application attacks a judgment of conviction entered in the Contra Costa County Superior Court. While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Contra Costa County. 410 U.S. at 499 n.15; 28 U.S.C. § 2241(d).

/////

/////

/////

1   Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this
2   matter is transferred to the United States District Court for the Northern District of California.
3   DATED: December 6, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:md
hunt3204.108